**STATE of Vermont v. John P. MORRISSEY, No. 373-79**

October 9, 1979. Motion for stay of the order of the District Court suspending defendant's license to operate a motor vehicle is granted until hearing by the Court on the motion for permission to appeal hereby scheduled for October 15, 1979, at 11:00 a.m.

Billings, J.

**Yolanda D. CUTLER and Franklin Cutler v. THE TRAVELERS INSURANCE COMPANY and Eugene S. Graveline, No. 236-78**

October 10, 1979. Appellant's brief to be filed on or before October 12, 1979. Otherwise, motion to dismiss will be granted.

**THE UNION BANK v. Allan F. JONES v. Douglas McLeod, Lauren McLeod and Edward J. Hamilton, Jr., and Peter Glenn Shops, Inc., and Fashion Sports, Inc., No. 256-78**

October 10, 1979. The entry order in this cause, dated September 10, 1979, is stricken. Appeal and cross-appeals reinstated.

**ROCHESTER FAST FOODS, INC. v. Marshall MALOOF, John P. Hanzas and Patricia Ann Hanzas, No. 57-79**

October 10, 1979. Progress within thirty days or cause dismissed.

**Alice M. OHLAND v. Henry N. OHLAND, No. 158-79**

October 10, 1979. Appellant's attorney Joseph S. Wool having withdrawn by permission of this Court, appellant Henry N. Ohland is ordered to enter an appearance on or before October 24, 1979, by attorney or pro se; to file a printed case on or before November 9, 1979; and to file a brief on or before December 12, 1979; and it is further ordered that failure to comply in a timely manner with any of the above steps will result in dismissal of this appeal.

**STATE of Vermont v. Stephen HEELAN, No. 186-79**

October 10, 1979. Cause dismissed unless defendant-appellant within 30 days causes attorney to appear or appears pro se and orders transcript and deposits one-half of the estimated cost thereof.